Thompson et al., Appellants, *v.* Smalls.

724

Submitted June 12, 1974. *Bernard L. Kubert,* for appellants; *Henry P. Stonelake,* for appellee.

Order affirmed.